IN THE MATTER OF THE ESTATE OF TSENG TSUN CHEN, DECEASED.

June 8, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS RUSSELL WILLIAMS.

June 8, 1972. Petition for certification denied.

PETER R. STUYVESANT v. TOWNSHIP OF ALLAMUCHY.

June 8, 1972. Petition for certification denied.

STATE LAND CO., INC., *ET AL.* v.
CITY OF HACKENSACK, *ET AL.*

June 8, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO B. GARRETT.

June 8, 1972. Petition for certification denied.

S.S.&O. CORPORATION v.
TOWNSHIP OF BERNARDS SEWERAGE AUTHORITY.

June 8, 1972. Petition for certification granted.